JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE YVETTE C.[1], an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No.: 5:20-00060 ADS<br><br><br><br>JUDGMENT OF DISMISSAL |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

-1-

In accordance with the Memorandum Opinion and Order, Dkt. No. 23, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATE: March 31, 2021

                                         /s/ Autumn D. Spaeth
                                    THE HONORABLE AUTUMN D. SPAETH
                                    United States Magistrate Judge